## GILBERT KNAPP *versus* LAURENT ROLETTE

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued *p. 196.
PAPERS IN FILE: (1) Precipe for process; (2) capias, precept to take bail, deputation, return.
*1821 Calendar*, MS p. 1.  Recorded in *Book A*, MS pp. 144–47.

## JOHN JACOB ASTOR, RAMSAY CROOKS AND ROBERT STUART, UNDER THE FIRM AND STYLE OF THE AMERICAN FUR COMPANY, *versus* JOHN W. JOHNSON

JOURNAL ENTRIES (1821–23): *Journal 3:* (1) Continued *p. 196; (2) rule to bring body *p. 301; (3) continued *p. 343; (4) attendance of witness proved *p. 343; (5) dismissed *p. 390.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) plea of non assumpsit; (5) precipe for subpoena; (6) subpoena.
*1821 Calendar*, MS p. 2.  Recorded in *Book B*, MS pp. 226–29.

## BENJAMIN SMITH *versus* CHARLES LEE CASS, JOHN TIMBERLAKE AND JOHN ALLEN

JOURNAL ENTRIES (1821–24): *Journal 3:* (1) Continued *p. 196; (2) motion to withdraw papers from files granted *p. 436; (3) settled *p. 505.
PAPERS IN FILE: (1) Precipe for process; (2) notice of taking depositions; (3) deposition of H. Brunot; (4) deposition of Britton Evans; (5) deposition of John Timberlake; (6) deposition envelope; (7) affidavit of Richard Williams; (8) affidavit of James Crawford; (9) affidavit of David Hiner; (10) affidavit of Thomas Plymoth; (11) affidavit of A. J. Joyce; (12) letter from Smith to Whitney and Sibley.
*1821 Calendar*, MS p. 5.